| | |
|---|---|
| 1 | Janice P. Brown (SBN: 114433) |
| | MEYERS NAVE |
| 2 | 600 B Street, Suite 1650 |
| | San Diego, California 92101 |
| 3 | Telephone: (619) 330-1700 |
| | Facsimile: (619) 330-1701 |
| 4 | Email: jbrown@meyersnave.com |

Attorneys for Defendant BANK OF AMERICA, N.A

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER YICK; STEPHANIE SMITH; ALAN KARAM; LUIS PEREZ; J. MICHAEL WILLRICH; LINDSAY McCLURE; VANESSA RIVERA; CARLOS RODRIGUEZ; ROBERT L. WILSON; AZUIRI MOON, ALAN KARAM, ROLAND OOSTHUIZEN; CANDACE KOOLE; CLARA CAJAS; ROSEMARY MATHEWS; CHRISTOPHER MOSSON;  , | Case No. 3:21-cv-01092-LAB-MSB |
| | **DEFENDANT'S NOTICE OF WITHDRAWAL OF ARLENE R. YANG, ESQ.** |
| | Judge:      Hon. Larry Alan Burns |
| Plaintiff, | Trial Date:   None Set |
| v. | |
| BANK OF AMERICA, N.A., | |
| Defendant. | |

Case No. 3:21-cv-01092-LAB-MSB

DEFENDANT'S NOTICE OF WITHDRAWAL OF ARLENE YANG, ESQ.

TO THE CLERK OF THE COURT, PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Attorney Arlene R. Yang, Esq. is no longer counsel for Defendant BANK OF AMERICA, N.A. ("Defendant") in this case.

Janice P. Brown, Esq. remains counsel of record for Defendant.

DATED:  May 4, 2023                MEYERS NAVE

By: ____*s/ Janice P. Brown*____
JANICE P. BROWN
Attorneys for Bank of America, N.A
Email: jbrown@meyersnave.com